No. 601. ST. LOUIS, IRON MOUNTAIN & SOUTHERN RAILWAY, PLAINTIFF IN ERROR, *v.* WILLIAM INGRAM.

In error to the Supreme Court of the State of Arkansas. Motion to dismiss or affirm or place on the summary docket submitted May 21, 1917. Decided June 4, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668; *Baltimore & Ohio R. R. Co.* v. *Whitacre,* 242 U. S. 169. *Mr. Troy Pace* for plaintiff in error. *Mr. J. H. Ralston* and *Mr. William E. Richardson* for defendant in error.